# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA POWER COMPANY,<br>  Plaintiff(s),<br>vs.<br>TRENCH FRANCE SAS, et al.,<br>  Defendant(s). | Case No. 2:15-cv-00264-JCM-NJK<br>ORDER<br>(Docket No. 45) |

Pending before the Court is Defendant Siemens AG Österreich's ("Siemens") motion to stay discovery pending resolution of its motion to dismiss. Docket No. 45; *see also* Docket Nos. 44, 48, 52. Plaintiff filed a response in opposition, and Defendant filed a reply. Docket Nos. 47, 49. The Court finds the motion properly resolved without oral argument. *See* Local Rule 78-2. For the reasons discussed more fully below, the motion to stay discovery is hereby **GRANTED**.

"The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). The case law in this District makes clear that requests to stay all discovery may be granted when: (1) the pending motion is potentially dispositive; (2) the potentially dispositive motion can be decided without additional discovery; and (3) the Court has taken a "preliminary peek" at the

1  merits of the potentially dispositive motion and is convinced that the plaintiff will be unable to state a
2  claim for relief.  *See Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013).[1]

3  Having reviewed the underlying motion to dismiss, the Court finds that these elements are
4  present in this case and **GRANTS** the motion to stay discovery.  If the motion to dismiss is not granted
5  in full, the parties shall file a proposed discovery plan within seven days of the issuance of the order
6  resolving the motion to dismiss.

7  Defendant Siemens' request for an order shortening time is hereby **DENIED** as moot.

8  IT IS SO ORDERED.

9  DATED: November 24, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Conducting this preliminary peek puts the undersigned in an awkward position because the assigned district judge who will decide the motion to dismiss may have a different view of its merits.  *See Tradebay*, 278 F.R.D. at 603.  The undersigned's "preliminary peek" at the merits of that motion is not intended to prejudice its outcome.  *See id.*